**Order entered September 22, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00410-CV

### IN RE THRESHER AND THRESHER, Relators

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-05644**

### ORDER

Before Justices Schenck, Nowell, and Garcia

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

/s/    DAVID J. SCHENCK
        JUSTICE